```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

UNTIED STATES OF AMERICA,        :

V.                               :     Case No. 3:11-CR-240 (RNC)

THOMAS F. DONNELLY, JR.          :


## RULING AND ORDER

This case is before the court on the defendant's motion to change his prison placement recommendation and extend his voluntary surrender date (Doc. 38). For reasons that follow, the motion is granted.

On October 17, 2012, the defendant was sentenced to the custody of the Bureau of Prisons ("BOP") to serve a term of imprisonment of 24 months (Doc. 35). The defendant was ordered to self-surrender to the facility designated by the BOP on November 26, 2012. The Court granted the defendant's request for a recommendation to the BOP that he be designated to F.C.I. Otisville in New York.

On October 24, the defendant was informed that the BOP had designated him to F.C.I. Ray Brook in upstate New York. He now asks the Court to change its prison placement recommendation to F.P.C. Pensacola, Florida, or, in the alternative, F.P.C. Montgomery, Alabama or F.P.C. Jesup, Georgia, so that he may be closer to his wife and daughter, both of whom reside in North Central Florida. The defendant

explains that he did not request such a placement at the time of sentencing because he mistakenly believed that he could not request a placement more than 500 miles from his legal address in Connecticut.  The defendant also moves to extend his self-surrender date to December 3, 2012, to enable the BOP to reconsider his designation.  The Government has informed counsel for the defendant that it has no objection to the defendant's request.  The Court agrees that the defendant should be designated to serve his term of incarceration at a place close to his wife and child to facilitate family visits.

Accordingly, the defendant's motion is hereby granted. The Court strongly recommends to the BOP that the defendant be designated to serve his term of incarceration at F.P.C. Pensacola, or, in the alternative, F.P.C. Montgomery or, in the alternative, F.P.C. Jesup, to facilitate regular visitation between the defendant and his wife and daughter. The defendant's self-surrender date is hereby extended until December 3, 2012.

So ordered this 8th day of November 2012.

_____
          Robert N. Chatigny
       United Stated District Judge